# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MILES MURRAY, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PHOENICIAN MEDICAL CENTER, INC.<br><br>Defendant. | Case No.: 2:23-cv-01498-MTL<br><br>**CLASS ACTION COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Miles Murray, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), by and through the undersigned counsel, hereby voluntarily dismisses his claims against Phoenician Medical Center, without prejudice, with each party to bear their own fees and costs.

Respectfully submitted, this 30th day of October 2023.

*/s/ Daisy Mazoff*
Daisy Mazoff, Bar No. 028804
Mason A. Barney (pro hac vice to be filed)
Tyler J. Bean (pro hac vice to be filed)
**SIRI & GLIMSTAD LLP**
l1201 North Tatum Blvd., Suite 100
Phoenix, AZ 85028
Tel: (602) 806-9975
E: dmazoff@sirillp.com
E: mbarney@sirillp.c m
E: tbean@sirillp.com
*Counsel for Plaintiff and the Classes*